UNITED STATES BANKRUPTCY COURT
Western DISTRICT OF Pennsylvania

In Re:                                                              Case No. 14-25019

                                                                    Claim No. : 14

KERRY P. COON

   Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor **U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4** in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

### Address where Notices to the creditor be sent:

| From | To |
| --- | --- |
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

### Address where Payments to the creditor be sent:

| From | To |
| --- | --- |
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

Date: 06/24/2019

Creditor's Authorized Agent for Fay Servicing, LLC