# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

12/03/2019

IN RE:

| | |
|---|---|
| KERRY P. COON<br>155 GRIENBRIER DRIVE<br>CARNEGIE,  PA  15106<br>XXX-XX-5630          Debtor(s) | Case No.14-25019 CMB<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

12/3/2019

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **DUQUESNE LIGHT COMPANY*** | Trustee Claim Number:1  INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| ATTN: TARA R PFEITER, LITIGATION COUNSEL | Court Claim Number:13 | | ACCOUNT NO.:  5630 |
| 411 7TH AVE | | | |
| MAIL DROP 16-1 | CLAIM:  624.55 | | |
| PITTSBURGH, PA  15219 | COMMENT:  0002/SCH | | |

| | | | |
|---|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)*** | Trustee Claim Number:2  INT %: 0.00% | | CRED DESC:  SECURED CREDITOR |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number: | | ACCOUNT NO.:  065-F-154:12-14 |
| POB 200 | | | |
| | CLAIM:  0.00 | | |
| BETHEL PARK, PA  15102 | COMMENT:  RMVD/AMD PL*DKT | | |

| | | | |
|---|---|---|---|
| **CITIZENS BANK NA(*)** | Trustee Claim Number:3  INT %: 0.00% | | CRED DESC:  MORTGAGE REGULAR PAYME |
| 1 CITIZENS DR | Court Claim Number:3 | | ACCOUNT NO.:  7084 |
| MS ROP15B | | | |
| | CLAIM:  1,634.57 | | |
| RIVERSIDE, RI  02915 | COMMENT:  RMVD/AMD PL*INDETERMINATE/CL**2ND*C=125778.81*PD@CLSNG | | |

| | | | |
|---|---|---|---|
| **CITY & SCHOOL DIST OF PITTSBURGH (RE)*** | Trustee Claim Number:4  INT %: 0.00% | | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC | Court Claim Number: | | ACCOUNT NO.:  065-F-154:12-14 |
| 102 RAHWAY RD | | | |
| | CLAIM:  0.00 | | |
| MCMURRAY, PA  15317 | COMMENT:  RMVD/AMD PL*DKT | | |

| | | | |
|---|---|---|---|
| **US BANK NA INDENTURE TRUSTEE CIM TRUST** | Trustee Claim Number:5  INT %: 0.00% | | CRED DESC:  MORTGAGE REGULAR PAYME |
| C/O FAY SERVICING LLC(*) | Court Claim Number:14 | | ACCOUNT NO.:  6187 |
| PO BOX 814609 | | | |
| | CLAIM:  0.00 | | |
| DALLAS, TX  75381-4609 | COMMENT:  PMT/OE*DK4PMT-LMT*FR RUSHMORE-DOC 104, 105*FR SHELLPOINT-DOC 122*FR | | |

| | | | |
|---|---|---|---|
| **JPMORGAN CHASE BANK NA** | Trustee Claim Number:6  INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | | ACCOUNT NO.:  2987 |
| | CLAIM:  0.00 | | |
| WILMINGTON, DE  19850 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **ECAST SETTLEMENT CORP** | Trustee Claim Number:7  INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| POB 29262 | Court Claim Number:10 | | ACCOUNT NO.:  2675 |
| | CLAIM:  33,603.40 | | |
| NEW YORK, NY  10087-9262 | COMMENT:  CITIBANK | | |

| | | | |
|---|---|---|---|
| **GEMB/JCPENNEY++** | Trustee Claim Number:8  INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| ATTENTION: BANKRUPTCY | Court Claim Number: | | ACCOUNT NO.:  0539 |
| PO BOX 103104 | | | |
| | CLAIM:  0.00 | | |
| ROSWELL, GA  30076 | COMMENT:  NO$/SCH | | |

| | | | |
|---|---|---|---|
| **COLUMBIA GAS OF PA INC(*)** | Trustee Claim Number:9  INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 117 | Court Claim Number:12 | | ACCOUNT NO.:  0011 |
| | CLAIM:  203.88 | | |
| COLUMBUS, OH  48216-0117 | COMMENT:  5580/SCH | | |

| | | | |
|---|---|---|---|
| **PA AMERICAN WATER(*) AKA AMERICAN WATE** | Trustee Claim Number:10  INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 371412 | Court Claim Number: | | ACCOUNT NO.:  ? |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15250 | COMMENT:  NO$/SCH | | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 94982 | Court Claim Number:1 | ACCOUNT NO.:  4329 |
| | CLAIM:  5,861.53 | |
| CLEVELAND, OH  44101 | COMMENT:  INSUFF POD | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 94982 | Court Claim Number:2 | ACCOUNT NO.:  8816 |
| | CLAIM:  3,084.17 | |
| CLEVELAND, OH  44101 | COMMENT: | |

| | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY(*)** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| 1200 PENN AVENUE | Court Claim Number:7 | ACCOUNT NO.:  D284 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15222 | COMMENT:  UNS/SCH-PL*WNTS 10%*W27*PD@CLOSING*64D284;12-14*C=229.99 | |

| | | |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:9 | ACCOUNT NO.:  4409 |
| | CLAIM:  176.47 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT:  NO LAST PMT: CHG OFF 1/21/2013 | |

| | | |
|---|---|---|
| **CITIZENS BANK NA(*)** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC:  MORTGAGE ARR. |
| 1 CITIZENS DR | Court Claim Number:3 | ACCOUNT NO.:  7084 |
| MS ROP15B | | |
| | CLAIM:  0.00 | |
| RIVERSIDE, RI  02915 | COMMENT:  RMVD/AMD PL*PD@CLSNG*C 6239.56 | |

| | | |
|---|---|---|
| **US BANK NA INDENTURE TRUSTEE CIM TRUST** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O FAY SERVICING LLC(*) | Court Claim Number:14 | ACCOUNT NO.:  6187 |
| PO BOX 814609 | | |
| | CLAIM:  21,680.76 | |
| DALLAS, TX  75381-4609 | COMMENT:  $/CL-PL*THRU 12/14*FR WILMINGTON-DOC 104, 105*FR SHELLPOINT-DOC 122*FR | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC - EQUITABLE** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:11 | ACCOUNT NO.:  5630 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  138.42 | |
| PITTSBURGH, PA  15212 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **JEFFREY R HUNT ESQ** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| GOEHRING ET AL | Court Claim Number: | ACCOUNT NO.: |
| 437 GRANT ST 14TH FL | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219-6107 | COMMENT:  BORO OF CARNEGIE/PRAE | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)*** | Trustee Claim Number:19 INT %: 12.00% | CRED DESC:  SECURED CREDITOR |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:4 | ACCOUNT NO.:  64D284;12-14 |
| POB 200 | | |
| | CLAIM:  0.00 | |
| BETHEL PARK, PA  15102 | COMMENT:  SAME DEBT @ CID 2?*W20*DKT*C=2319.43 | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)*** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:4 | ACCOUNT NO.:  64D284;12-14*NON INT |
| POB 200 | | |
| | CLAIM:  0.00 | |
| BETHEL PARK, PA  15102 | COMMENT:  SAME DEBT @ CID 2?*W19*C=2069.91 | |

| | | |
|---|---|---|
| **CITY & SCHOOL DIST OF PITTSBURGH (RE)*** | Trustee Claim Number:21 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC | Court Claim Number:5 | ACCOUNT NO.: 64D284;12-14 |
| 102 RAHWAY RD | | |
| | CLAIM: 0.00 | |
| MCMURRAY, PA 15317 | COMMENT: SAME DEBT @ CID 4?*W21-24*C=8963.82 | |

| | | |
|---|---|---|
| **CITY & SCHOOL DIST OF PITTSBURGH (RE)*** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC | Court Claim Number:5 | ACCOUNT NO.: 64D284;12-14*NON INT |
| 102 RAHWAY RD | | |
| | CLAIM: 0.00 | |
| MCMURRAY, PA 15317 | COMMENT: SAME DEBT @ CID 4?*W21-24*C=1766.18 | |

| | | |
|---|---|---|
| **CITY OF PITTSBURGH (RE-LIBRARY)** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC - DLNQ CLCTR | Court Claim Number:5 | ACCOUNT NO.: 64D284;12-14 |
| 102 RAHWAY RD | | |
| | CLAIM: 0.00 | |
| MCMURRAY, PA 15317 | COMMENT: NT/SCH-PL*W21-24*C=116.39*WNTS 10% | |

| | | |
|---|---|---|
| **CITY OF PITTSBURGH (RE-LIBRARY)** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC - DLNQ CLCTR | Court Claim Number:5 | ACCOUNT NO.: 64D284;12-14*NON INT |
| 102 RAHWAY RD | | |
| | CLAIM: 0.00 | |
| MCMURRAY, PA 15317 | COMMENT: NT/SCH-PL*W21-24*C=21.31 | |

| | | |
|---|---|---|
| **CARNEGIE BOROUGH (SWG)** | Trustee Claim Number:25 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-DLNQ CLCTR | Court Claim Number:6 | ACCOUNT NO.: F154 |
| 102 RAHWAY RD | | |
| | CLAIM: 656.40 | |
| MCMURRAY, PA 15317 | COMMENT: $CL-PL@10%/PL-CL*NT/SCH*W26*65F154;14 | |

| | | |
|---|---|---|
| **CARNEGIE BOROUGH (SWG)** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-DLNQ CLCTR | Court Claim Number:6 | ACCOUNT NO.: F154 |
| 102 RAHWAY RD | | |
| | CLAIM: 151.70 | |
| MCMURRAY, PA 15317 | COMMENT: $CL-PL@0%/PL*NT/SCH*W25*65F154;14*NON INT | |

| | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY(*)** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| 1200 PENN AVENUE | Court Claim Number:7 | ACCOUNT NO.: D284 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15222 | COMMENT: UNS/SCH-PL*W13*64D284;12-14*NON INT*C 77.48 | |

| | | |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:8 | ACCOUNT NO.: 0001 |
| | CLAIM: 221.41 | |
| OKLAHOMA CITY, OK 73124-8838 | COMMENT: ACNT NUM NT/SCH | |

| | | |
|---|---|---|
| **EQUITABLE GAS CO(*)** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| 375 NORTH SHORE DR | Court Claim Number: | ACCOUNT NO.: 1048057-334968 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15212 | COMMENT: PMT/DOE-PL*BGN 6-15 DISTRIB | |

| | | |
|---|---|---|
| **RONDA J WINNECOUR PA ID #30399*** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: FEES ON DIRECT PAYMENTS |
| ATTN DIRECT FEES CLERK | Court Claim Number: | ACCOUNT NO.: $TDB/OE |
| US STEEL TWR STE 3250 | | |
| 600 GRANT ST | CLAIM: 814.26 | |
| PITTSBURGH, PA 15219 | COMMENT: DKT* | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  FAY SVCNG/PRAE | |