**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| KERRY P. COON | Case No.14-25019CMB |
| Debtor(s) | |
| Ronda J. Winnecour, Trustee | |
| Movant | Chapter 13 |
| vs. | |
| KERRY P. COON | Related to: Document No. 141 |
| Respondents | |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __20th__ day of December, 20_19_, it is hereby ORDERED, ADJUDGED, and DECREED that,

County Of Allegheny
Attn: Payroll Manager
436 Grant Steet Rm 104
Pittsburgh,PA 15219

is hereby ordered to immediately terminate the attachment of the wages of KERRY P. COON, social security number XXX-XX-5630. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KERRY P. COON.

~~FURTHER ORDERED~~:

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

*Carlota M. Böhm*   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
12/20/19 1:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 14-25019-CMB
Kerry P. Coon                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: gamr            Page 1 of 1            Date Rcvd: Dec 20, 2019
                             Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2019.
db             +Kerry P. Coon,   155 Grienbrier Drive,    Carnegie, PA 15106-3227
               +County of Allegheny,   Attn: Payroll Manager,   436 Grant Street Rm 104,
                 Pittsburgh, PA 15219-2403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2019 at the address(es) listed below:
      Bryan P. Keenan    on behalf of Debtor Kerry P. Coon keenan662@gmail.com, melindap662@gmail.com
      James Warmbrodt    on behalf of Creditor    Fay Servicing, LLC as servicer for U.S. Bank National
       Association, not in its individual capacity but solely in its capacity as Indenture Trustee of
       CIM Trust 2018-R4 bkgroup@kmllawgroup.com
      James P. Valecko    on behalf of Creditor    Citizens Bank jvalecko@weltman.com, PitEcf@weltman.com
      Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Borough of Carnegie jhunt@grblaw.com,
       cnoroski@grblaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                            TOTAL: 11