**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** ) | **Bankruptcy No. 14-25019-CMB** |
| **Kerry P. Coon** ) | **Chapter 13** |
| Debtor ) | Doc No. __ |
| **Bryan Keenan, Esquire** ) | **Response Due: 1/6/2020** |
| APPLICANT ) | **Hearing date: 1/15/2020** |
| **vs.** ) | **at 11:00 a.m.** |
| No Respondent(s) ) | |

**CERTIFICATION OF NO OBJECTION ON**
**APPLICATION OF BRYAN P. KEENAN, ESQUIRE FOR**
**FINAL COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES AS COUNSEL FOR THE DEBTOR**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on **January 7, 2020** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than **January 6, 2020.**

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

**Date: January 7, 2020**                    **/s/ Bryan P. Keenan**
                                                           **Bryan P. Keenan, PA ID No. 89053**
                                                           **Bryan P. Keenan & Associates P.C.**
                                                           **Attorney for Debtor**
                                                           **993 Greentree Road, Suite 101**
                                                           **Pittsburgh, PA 15220**
                                                           **(412) 922-5116**
                                                           **keenan662@gmail.com**