IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>Kerry P. Coon | ) <br> ) | Bankruptcy No. 14-25019-CMB<br>Chapter 13 |
|     Debtor | ) | Related to: Document No. 139 |
| Bryan Keenan, Esquire | ) | |
|     APPLICANT | ) | **ENTERED BY DEFAULT** |
| vs. | ) | |
|     No Respondent(s) | ) | |

## ORDER OF COURT

AND NOW, to-wit, this __8th__ day of __January__, 2020, upon consideration of the Application of Bryan Keenan, Esquire for Final Compensation and Reimbursement of Expenses as Counsel for the Debtors, it is hereby ORDERED that fees and expenses be approved for their services rendered and expenses incurred for the period from December 30, 2014 through December 19, 2019 in the total amount of $6,023.20 which represents $5,515.00 in attorney fees and $508.20 for costs.

Counsel for the debtor has previously received $4,500.00 which represents $4,000.00 for fees and $500.00 for costs.

The balance of $1,523.20 remains to be paid by the Chapter 13 Trustee.

Any Fee balance approved by this Order, beyond the amounts of $600.00 approved in prior confirmed plans, shall be paid after and not reduce any monies due to creditor s under the confirmed plan including the distribution to unsecured creditors up to the plan base. To the extent that funds have been paid by or on behalf of the Debtor beyond the plan base, the Chapter 13 Trustee is authorized to increase the plan base to be used solely to pay the attorney fees and costs approved by the Order.

      If the Chapter 13 Trustee does not have sufficient funds to pay the balance in full, Counsel for the Debtor has agreed to be paid from monies already paid by or on behalf of the Debtor to the Trustee and allow the case to be closed without requiring additional payments by the Debtor. Any amount due to Debtor's Counsel beyond what is distributed by the Trustee, is expressly waived by Debtor's Counsel and will not be collected from Debtor either through the plan or outside of the Bankruptcy Case.

BY THE COURT

*Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
1/8/20 11:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 14-25019-CMB
Kerry P. Coon                                                                             Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr            Page 1 of 1              Date Rcvd: Jan 08, 2020
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
db             +Kerry P. Coon,    155 Grienbrier Drive,    Carnegie, PA 15106-3227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:
      Bryan P. Keenan    on behalf of Debtor Kerry P. Coon keenan662@gmail.com, melindap662@gmail.com
      James Warmbrodt    on behalf of Creditor   Fay Servicing, LLC as servicer for U.S. Bank National
       Association, not in its individual capacity but solely in its capacity as Indenture Trustee of
       CIM Trust 2018-R4 bkgroup@kmllawgroup.com
      James P. Valecko    on behalf of Creditor    Citizens Bank jvalecko@weltman.com,  PitEcf@weltman.com
      Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Borough of Carnegie jhunt@grblaw.com,
       cnoroski@grblaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                                           TOTAL: 11