# IN UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No.  14-25019-CMB** |
| **Kerry P. Coon** | ) | **Chapter  13** |
| **Debtor** | ) | **Doc No. __** |
| **Bryan Keenan, Esquire** | ) | |
| **APPLICANT** | ) | |
| **vs.** | ) | |
| **No Respondent(s)** | ) | |

### CERTIFICATE OF SERVICE OF ORDER
### APPLICATION OF BRYAN KEENAN, ESQUIRE FOR FINAL
### COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL
### FOR DEBTOR

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list **January 17, 2020.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee,** Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
**a. all parties on the attached mailing matrix**

Executed on:  **January 17, 2020**

**/s/ Bryan P. Keenan**
Bryan  P. Keenan, PA ID No. 89053
Bryan  P. Keenan  & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com