**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kerry P. Coon**
Debtor(s)

Bankruptcy Case No.: 14−25019−CMB

Chapter: 13
Docket No.: 153 − 152

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 26th of March, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/11/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/3/20 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/11/20.**

   <u>Carlota M. Bohm</u>
   United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-25019-CMB
Kerry P. Coon                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr              Page 1 of 2          Date Rcvd: Mar 26, 2020
                         Form ID: 408            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.
```
db         +Kerry P. Coon,    155 Grienbrier Drive,    Carnegie, PA 15106-3227
cr         +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
r          +Michele Barton,    Howard Hanna,    1597 Washington Pike,    Suite B-1,
             Bridgeville, PA 15017-2876
cr         +Plaza Revolving Trust by Wilmington Savings Fund S,     Fay Servicing, LLC,
             3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
cr          Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC  29603-0826
cr         +U.S. Bank National Association, not in its individ,     Fay Servicing, LLC,
             3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
13980033   +Allegheny County,    c/o Jordan Tax Service,    102 Rahway Drive,    Canonsburg, PA 15317-3349
14267224    BCAT 2014-4TT,    c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,
             Greenville, SC 29603-0826
14267222   +BCAT2014-4TT,    Wilmington Savings Fund Society, FSB,    c/o Shellpoint Mortgage Servicing,
             PO Box 10826,    Greenville, SC 29603-0826
13975113    Bank Of America, N.A.,    400 Countrywide Way,    Simi Valley, CA 93065
13975112   +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
             Simi Valley, CA 93062-5170
14008261   +Borough of Carnegie,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
14007214   ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
             JOHNSTON RI 02919-1922
             (address filed with court: Citizens Bank,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886)
14035061   ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
             (address filed with court: Columbia Gas of Pa.,    PO Box 117,    Columbus, OH 43216)
13975115   +Citibank,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
             Saint Louis, MO 63179-0040
13975116   +Citizens Bank of Pennsylvania,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
14008260   +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
             437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14008259   +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
14023652    ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
             NEW YORK, NY 10087-9262
13975118   +Law Offices of Gregory Javardian,    c/o Gregory Javardian, Esquire,    1310 Industrial Boulevard,
             1st Floor Suite 101,    Southampton, PA 18966-4030
13980035   +MRS Re:Chase Bank,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
13976821   +PNC BANK,    N/A,    P O BOX 94982,    CLEVELAND  OHIO 44101-4982
13980036   +PWSA,    Penn Liberty Plaza I,    1200 Penn Avenue,    Pittsburgh, PA 15222-4216
14025018   +Peoples Natural Gas Company, LLC,    Equitable Gas Division,    375 North Shore Drive, Suite 600,
             Pittsburgh, PA 15212-5866,    Attn: Dawn Lindner
14009863   +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
             437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14794671   +Plaza Revolving Trust by Wilmington,    Savings Fund Society,    Fay Servicing, LLC,
             3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
13975120   +Pnc Bank,    Attn: Bankruptcy,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13975121   +Pnc Bank,    Attn: Bankruptcy,    Po Box 5570,    Cleveland, OH 44101-0570
13975122   +Shapiro & DeNardo,    c/o Christopher A. DeNardo, Esquire,    3600 Horizon Drive,    Suite 150,
             King of Prussia, PA 19406-4702
15048364    U.S. Bank National Association,    Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
13980032   +Wilmington Savings Fund Society, FSB dba,    Christiana Trust as trustee/BCAT2014-4TT,
             c/o Rushmore Loan Mgmt Services, LLC,    15480 Laguna Canyon Road, Ste 100,
             Irvine, CA 92618-2132
14051656   +Wilmington Savings et al c/o,    Rushmore Loan Management Services,    P.O. Box 52708,
             Irvine, CA 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14018323        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2020 03:58:06
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
14007214        E-mail/Text: Bankruptcy.RI@Citizensbank.com Mar 27 2020 03:49:25      Citizens Bank,
                 443 Jefferson Blvd,    RJW 135,    Warwick RI 02886
14050156       +E-mail/Text: kburkley@bernsteinlaw.com Mar 27 2020 03:51:43      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13975117       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:58:05      GECRB/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13980034       +E-mail/Text: bankruptcy@affglo.com Mar 27 2020 03:50:47      Global Credit & Collection Corp,
                 Re: Citibank N.A.,    5440 N. Cumberland, Suite 300,    Chicago, IL 60656-1486
13975114        E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 27 2020 03:55:25      Chase,    Po Box 15298,
                 Wilmington, DE 19850
13975119       +E-mail/Text: bankruptcy@onlineis.com Mar 27 2020 03:51:28      Online Collections,
                 Re: Columbia Gas Of Pennsylvania,    Po Box 1489,    Winterville, NC 28590-1489
```

```
District/off: 0315-2            User: gamr              Page 2 of 2           Date Rcvd: Mar 26, 2020
                                Form ID: 408            Total Noticed: 39

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13975124        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 27 2020 03:49:16
                 Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              BCAT 2014-4TT,   c/o Shellpoint Mortgage Servicing
cr              Borough of Carnegie
cr              Citizens Bank
cr              City and School District of Pittsburgh
cr              Duquesne Light Company
cr              Fay Servicing, LLC as servicer for U.S. Bank Natio
cr              Pittsburgh Water & Sewer Authority
cr              U.S. Bank National Association, not in its individ
13975111        2nd Mortgage
13975123        Timothy S. Coon
13977363*      +PNC BANK, N.A.,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
                                                                                 TOTALS: 11, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2020 at the address(es) listed below:
          Bryan P. Keenan    on behalf of Debtor Kerry P. Coon keenan662@gmail.com, melindap662@gmail.com
          James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, not in its individual
           capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4
           bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor   Fay Servicing, LLC as servicer for U.S. Bank National
           Association, not in its individual capacity but solely in its capacity as Indenture Trustee of
           CIM Trust 2018-R4 bkgroup@kmllawgroup.com
          James P. Valecko    on behalf of Creditor   Citizens Bank jvalecko@weltman.com, PitEcf@weltman.com
          Jeffrey R. Hunt    on behalf of Creditor   Borough of Carnegie jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   City and School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 12
```