**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KERRY P. COON<br><br>    Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Respondents. | Case No.:14-25019<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

| | |
|---|---|
| March 23, 2020 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/31/2014 and confirmed on 4/6/15. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 91,930.46 |
| Less Refunds to Debtor | 2,259.59 | |
| TOTAL AMOUNT OF PLAN FUND | | 89,670.87 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,023.20 | |
|    Trustee Fee | 3,755.10 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,778.30 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CITIZENS BANK NA(*) | 1,634.57 | 1,634.57 | 0.00 | 1,634.57 |
|     Acct: 7084 | | | | |
|   US BANK NA INDENTURE TRUSTEE CIM | 0.00 | 51,681.56 | 0.00 | 51,681.56 |
|     Acct: 6187 | | | | |
|   CITIZENS BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7084 | | | | |
|   US BANK NA INDENTURE TRUSTEE CIM | 21,680.76 | 21,680.76 | 0.00 | 21,680.76 |
|     Acct: 6187 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: F154 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH ( | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: F154 | | | | |
|   PITTSBURGH WATER & SEWER AUTHOR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: D284 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: D284 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: D284 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH ( | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: D284 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH ( | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: D284 | | | | |
|   CITY OF PITTSBURGH (RE-LIBRARY) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: D284 | | | | |
|   CITY OF PITTSBURGH (RE-LIBRARY) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: D284 | | | | |
|   CARNEGIE BOROUGH (SWG) | 656.40 | 656.40 | 113.84 | 770.24 |
|     Acct: F154 | | | | |
|   CARNEGIE BOROUGH (SWG) | 151.70 | 151.70 | 0.00 | 151.70 |
|     Acct: F154 | | | | |
|   PITTSBURGH WATER & SEWER AUTHOR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: D284 | | | | |
| | | | | 75,918.83 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| BRYAN P KEENAN ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KERRY P. COON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KERRY P. COON | 2,259.59 | 2,259.59 | 0.00 | 0.00 |
| Acct: | | | | |
| BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRYAN P KEENAN ESQ | 1,523.20 | 1,523.20 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX9-19 | | | | |
| EQUITABLE GAS CO(*) | 0.00 | 3,261.44 | 0.00 | 3,261.44 |
| Acct: 4968 | | | | |
| RONDA J WINNECOUR PA ID #30399** | 814.26 | 814.26 | 0.00 | 814.26 |
| Acct: XXXB/OE | | | | |
| | | | | 4,075.70 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 624.55 | 14.74 | 0.00 | 14.74 |
| Acct: 5630 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2987 | | | | |
| ECAST SETTLEMENT CORP | 33,603.40 | 793.04 | 0.00 | 793.04 |
| Acct: 2675 | | | | |
| GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0539 | | | | |
| COLUMBIA GAS OF PA INC(*) | 203.88 | 4.81 | 0.00 | 4.81 |
| Acct: 0011 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4329 | | | | |
| PNC BANK NA | 3,084.17 | 72.79 | 0.00 | 72.79 |
| Acct: 8816 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 176.47 | 4.16 | 0.00 | 4.16 |
| Acct: 4409 | | | | |
| PEOPLES NATURAL GAS CO LLC - EQUIT | 138.42 | 3.27 | 0.00 | 3.27 |
| Acct: 5630 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 221.41 | 5.23 | 0.00 | 5.23 |
| Acct: 0001 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 898.04 |

TOTAL PAID TO CREDITORS                                                          80,892.57

```
TOTAL
CLAIMED              814.26
PRIORITY          24,123.43
SECURED           38,052.30
```

Date: 03/23/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    KERRY P. COON<br><br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>      vs.<br>    No Repondents. | Case No.:14-25019<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                                                           BY THE COURT:

                                                                                                           _____

                                                                                                            U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 14-25019-CMB
Kerry P. Coon                                                                       Chapter 13
       Debtor                          **CERTIFICATE OF NOTICE**

District/off: 0315-2          User: gamr            Page 1 of 2              Date Rcvd: Mar 26, 2020
                              Form ID: pdf900       Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.

```
db         +Kerry P. Coon,   155 Grienbrier Drive,   Carnegie, PA 15106-3227
cr         +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
r          +Michele Barton,   Howard Hanna,   1597 Washington Pike,   Suite B-1,
             Bridgeville, PA 15017-2876
cr         +Plaza Revolving Trust by Wilmington Savings Fund S,   Fay Servicing, LLC,
             3000 Kellway Dr. Ste 150,   Carrollton, TX 75006-3357
cr          Shellpoint Mortgage Servicing,   PO Box 10826,   Greenville, SC  29603-0826
cr         +U.S. Bank National Association, not in its individ,   Fay Servicing, LLC,
             3000 Kellway Dr. Ste 150,   Carrollton, TX 75006-3357
13980033   +Allegheny County,   c/o Jordan Tax Service,   102 Rahway Drive,   Canonsburg, PA 15317-3349
14267224    BCAT 2014-4TT,   c/o Shellpoint Mortgage Servicing,   P.O. Box 10826,
             Greenville, SC 29603-0826
14267222   +BCAT2014-4TT,   Wilmington Savings Fund Society, FSB,   c/o Shellpoint Mortgage Servicing,
             PO Box 10826,   Greenville, SC 29603-0826
13975113    Bank Of America, N.A.,   400 Countrywide Way,   Simi Valley, CA 93065
13975112   +Bank of America,   Attn: Correspondence Unit/CA6-919-02-41,   Po Box 5170,
             Simi Valley, CA 93062-5170
14008261   +Borough of Carnegie,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
14007214  ++CITIZENS BANK N A,   ATTN BANKRUPTCY TEAM,   ONE CITIZENS BANK WAY,   JCA115,
             JOHNSTON RI 02919-1922
           (address filed with court: Citizens Bank,   443 Jefferson Blvd,   RJW 135,   Warwick RI 02886)
14035061  ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
           (address filed with court: Columbia Gas of Pa.,   PO Box 117,   Columbus, OH 43216)
13975115   +Citibank,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
             Saint Louis, MO 63179-0040
13975116   +Citizens Bank of Pennsylvania,   10561 Telegraph Road,   Glen Allen, VA 23059-4577
14008260   +City and School District of Pittsburgh,   c/o Goehring Rutter & Boehm,
             437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
14008259   +County of Allegheny,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
14023652    ECAST SETTLEMENT CORPORATION, ASSIGNEE,   OF CITIBANK, N.A.,   POB 29262,
             NEW YORK, NY 10087-9262
13975118   +Law Offices of Gregory Javardian,   c/o Gregory Javardian, Esquire,   1310 Industrial Boulevard,
             1st Floor Suite 101,   Southampton, PA 18966-4030
13980035   +MRS Re:Chase Bank,   1930 Olney Ave.,   Cherry Hill, NJ 08003-2016
13976821   +PNC BANK,   N/A,   P O BOX 94982,   CLEVELAND OHIO 44101-4982
13980036   +PWSA,   Penn Liberty Plaza I,   1200 Penn Avenue,   Pittsburgh, PA 15222-4216
14025018   +Peoples Natural Gas Company, LLC,   Equitable Gas Division,   375 North Shore Drive, Suite 600,
             Pittsburgh, PA 15212-5866,   Attn: Dawn Lindner
14009863   +Pittsburgh Water & Sewer Authority,   c/o Goehring Rutter & Boehm,
             437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
14794671   +Plaza Revolving Trust by Wilmington,   Savings Fund Society,   Fay Servicing, LLC,
             3000 Kellway Dr. Ste 150,   Carrollton, TX 75006-3357
13975120   +Pnc Bank,   Attn: Bankruptcy,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
13975121   +Pnc Bank,   Attn: Bankruptcy,   Po Box 5570,   Cleveland, OH 44101-0570
13975122   +Shapiro & DeNardo,   c/o Christopher A. DeNardo, Esquire,   3600 Horizon Drive,   Suite 150,
             King of Prussia, PA 19406-4702
15048364    U.S. Bank National Association,   Fay Servicing, LLC,   PO Box 814609,   Dallas, TX 75381-4609
13980032   +Wilmington Savings Fund Society, FSB dba,   Christiana Trust as trustee/BCAT2014-4TT,
             c/o Rushmore Loan Mgmt Services, LLC,   15480 Laguna Canyon Road, Ste 100,
             Irvine, CA 92618-2132
14051656   +Wilmington Savings et al c/o,   Rushmore Loan Management Services,   P.O. Box 52708,
             Irvine, CA 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14018323       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2020 03:57:02
               American InfoSource LP as agent for,   Verizon,   PO Box 248838,
               Oklahoma City, OK  73124-8838
14007214       E-mail/Text: Bankruptcy.RI@Citizensbank.com Mar 27 2020 03:49:25    Citizens Bank,
               443 Jefferson Blvd,   RJW 135,   Warwick RI 02886
14050156      +E-mail/Text: kburkley@bernsteinlaw.com Mar 27 2020 03:51:44    Duquesne Light Company,
               c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
13975117      +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:56:58    GECRB/JC Penny,
               Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
13980034      +E-mail/Text: bankruptcy@affglo.com Mar 27 2020 03:50:47    Global Credit & Collection Corp,
               Re: Citibank N.A.,   5440 N. Cumberland, Suite 300,   Chicago, IL 60656-1486
13975114       E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 27 2020 03:55:33    Chase,   Po Box 15298,
               Wilmington, DE 19850
13975119      +E-mail/Text: bankruptcy@onlineis.com Mar 27 2020 03:51:28    Online Collections,
               Re: Columbia Gas Of Pennsylvania,   Po Box 1489,   Winterville, NC 28590-1489
```

```
District/off: 0315-2                  User: gamr                    Page 2 of 2                  Date Rcvd: Mar 26, 2020
                                      Form ID: pdf900               Total Noticed: 39

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13975124        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 27 2020 03:49:16
                 Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
                                                                                                TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              BCAT 2014-4TT,   c/o Shellpoint Mortgage Servicing
cr              Borough of Carnegie
cr              Citizens Bank
cr              City and School District of Pittsburgh
cr              Duquesne Light Company
cr              Fay Servicing, LLC as servicer for U.S. Bank Natio
cr              Pittsburgh Water & Sewer Authority
cr              U.S. Bank National Association, not in its individ
13975111        2nd Mortgage
13975123        Timothy S. Coon
13977363*      +PNC BANK, N.A.,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
                                                                                           TOTALS: 11, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2020 at the address(es) listed below:
          Bryan P. Keenan    on behalf of Debtor Kerry P. Coon keenan662@gmail.com, melindap662@gmail.com
          James    Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
           capacity but solely in its capacity as Indenture Trustee of CIM Trust 2018-R4
           bkgroup@kmllawgroup.com
          James    Warmbrodt    on behalf of Creditor    Fay Servicing, LLC as servicer for U.S. Bank National
           Association, not in its individual capacity but solely in its capacity as Indenture Trustee of
           CIM Trust 2018-R4 bkgroup@kmllawgroup.com
          James P. Valecko    on behalf of Creditor    Citizens Bank jvalecko@weltman.com, PitEcf@weltman.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Carnegie jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                TOTAL: 12
```